■ BEAZER EAST, INC., Appellant, v ANDRITZ SPROUT-BAUER, INC., Respondent. [648 NYS2d 910] —Order, Supreme Court, New

York County (Walter Schackman, J.), entered January 2, 1996, unanimously affirmed for the reasons stated by Schackman, J., without costs and disbursements. Motion to strike reply brief denied. No opinion. Concur—Milonas, J. P., Ellerin, Rubin, Kupferman and Ross, JJ.